

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00169-CV

**IN RE E.F.M. AND L.G.Z., CHILDREN**,
Appellant

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01600
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's third motion for an extension of time to file the appellant's brief is granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court